DATE: July 1, 2025

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Joshua Highlander*
   *v. Virginia Department of Wildlife Resources, et al.*
   Record No. 2110-23-2
   Opinion rendered by Senior Judge Humphreys on
   April 8, 2025

2. *Yovani Cardenas Flores*
   *v. Commonwealth of Virginia*
   Record No. 1645-23-4
   Opinion rendered by Judge Friedman on
   April 22, 2025

3. *Michael H. Drewry*
   *v. Board of Supervisors of Surry County, Virginia, et al.*
   Record No. 2249-23-2
   Opinion rendered by Senior Judge Humphreys on
   April 22, 2025

4. *Dannette Veronica Perkins*
   *v. Commonwealth of Virginia*
   Record No. 0241-24-4
   Opinion rendered by Judge Chaney on
   April 22, 2025

5. *Commonwealth's Attorney of Stafford County*
   *v. Rosa Serrano*
   Record No. 0396-24-4
   Opinion rendered by Judge Frucci on
   April 29, 2025

6. *Evan Patrick Bennett*
   *v. Commonwealth of Virginia*
   Record No. 0453-24-2
   Opinion rendered by Chief Judge Decker on
   May 13, 2025

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Juhwaan Barnes*
   *v. Commonwealth of Virginia*
   Record No. 0372-23-2
   Opinion rendered by Judge Raphael
   on September 3, 2024
   Refused (240834)

2. *Tuscarora MarketPlace Partners, LLC*
   *v. First National Bank*
   Record No. 1465-23-3
   Opinion rendered by Judge Athey
   on October 1, 2024
   Refused (240923)

3. *Zakeyis Ave'on Womack, s/k/a Zakeyis Aveon Womack*
   *v. Commonwealth of Virginia*
   Record No. 2108-23-3
   Opinion rendered by Judge Athey
   on October 8, 2024
   Refused (240914)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court

1. *Luka Kartozia*
   *v. Commonwealth of Virginia*
   Record No. 1633-22-4
   Memorandum opinion rendered by Judge Chaney on March 5, 2024
   Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
     on June 5, 2025
   (240294)

2. *James Wesley Joplin, Sr.*
   *v. Terae Brenzell Harris*
   Record No. 1642-22-2
   Memorandum opinion rendered by Judge O'Brien on April 23, 2024
   Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
     on June 12, 2025
   (240450)